In the Matter of the Application of Katherine E. Darrin for the Removal of William E. Cooper and Others, Constituting the Board of Trustees of Addison, N. Y.— Proceeding dismissed, without costs. Held, that even though the former trustees of the village of Addison were without power to grant the right to erect a gasoline station in a portion of a public street, the present trustees cannot be charged with malfeasance or malversation in office for failure to cause the structure to be removed immediately on demand of the petitioner. They were at least entitled to a reasonable time to consider the matter, and they have not been shown to have acted with any evil purpose, or in bad faith, and they should, therefore, not be summarily removed. All concur.

Ada E. Visger, Respondent, v. Lehigh Valley Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concur.

Eugene W. Wilcox and Others, Appellants, v. The Mutual Life Insurance Company of New York, Defendant. Alice A. Lott, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. This order is made, not in the exercise of any discretion, but on the ground that section 1761 of the Code of Civil Procedure* deprived the petitioner of all interest in the policies in question, and that she is not a necessary or proper party to the action. All concur.

In the Matter of the Estate of Samuel Felt, Deceased.— Decree affirmed. All concur.

George Hummel, Respondent, v. American Railway Express Company, Appellant.— Judgment and order affirmed, with costs. All concur.

Mary Ritter Stedler, Respondent, v. John Herman William Erzkus and Another, Appellants.— Judgment affirmed, with costs. All concur; Sears, J., not sitting.

In the Matter of the Application of New York State Railways for the Appointment of Three Commissioners under Section 174 of the Railroad Law to Determine Whether a Branch Ought to Be Constructed and Operated on Madison Street in the City of Rome, N. Y.— Report of commissioners confirmed. All concur.

In the Matter of the Application of Simon Fleischmann and William R. Pooley against Ross Graves, as Commissioner of Finance and Accounts of the City of Buffalo.— Motion for leave to appeal to Court of Appeals granted.

In the Matter of the Application of the Grade Crossing Commissioners of the

* Now Civ. Prac. Act, § 1160.— [Rep.